IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JONATHAN INTRES**                                                        **PLAINTIFF**

vs.                       No. 2:22-cv-2067-PKH

**NEUMEIER ENTERPRISES, INC.**                             **DEFENDANT**

## JOINT NOTICE OF LIABILITY SETTLEMENT

The purpose of this Joint Notice of Liability Settlement is to inform the Court that the Parties have reached a settlement and principle as to Plaintiff's damages, leaving open the issue of attorneys' fees and costs. Counsel for the Parties anticipate filing dismissal documents as to Plaintiff's damages by Friday, April 14.

                                           Respectfully submitted,

                                           **PLAINTIFF JONATHAN INTRES**

                                           SANFORD LAW FIRM, PLLC
                                           Kirkpatrick Plaza
                                           10800 Financial Centre Parkway, Suite 510
                                           Little Rock, Arkansas 72211
                                           Telephone: (501) 221-0088
                                           Facsimile: (888) 787-2040

                                           Josh Sanford
                                           Ark. Bar No. 2001037
                                           josh@sanfordlawfirm.com

                                           Colby Qualls
                                           Ark. Bar No. 2019246
                                           colby@sanfordlawfirm.com

    **and**    **DEFENDANT NEUMEIR ENTERPRISES, INC.**

GEAN LAW FIRM
511 Garrison Avenue
Fort Smith, Arkansas 72901
Telephone: (479) 783-1124
Facsimile: (479) 783-2440

*/s/ Roy Gean, III*
Roy Gean, III
Ark. Bar No. 79071
roygeaniii@geanlaw.com