IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JONATHAN INTRES**                                                    **PLAINTIFF**

vs.                                   No. 2:22-cv-2067-PKH

**NEUMEIER ENTERPRISES, INC.**                                **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S LIABILITY CLAIMS WITH PREJUDICE

Plaintiff Jonathan Intres and Defendant Neumeier Enterprises, Inc., by and through their undersigned counsel, hereby submit the following for their Joint Stipulation of Dismissal of Plaintiff's Liability Claims with Prejudice:

1. Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA").

2. After arm's length negotiations in which Plaintiff and Defendant were both represented by counsel, Plaintiff and Defendant reached an agreement that resolves Plaintiff's claims for unpaid wages, leaving open the issue of reasonable attorneys' fees and court costs; Plaintiff and Defendant believe their liability agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows claims to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal with prejudice of Plaintiff's

unpaid wage claims only, including Plaintiff's claim for liquidated damages.

5.      The parties agree and understand that Plaintiff's counsel will be filing a request for attorneys' fee and costs, to be determined by this Court or by agreement following the filing of this Stipulation. Nothing herein stated should be construed as a waiver by the Defendant to dispute the fees and costs claimed by the Plaintiff or Plaintiff's counsel.

If the Parties do not reach an agreement as to costs and a reasonable fee, Plaintiff will submit a petition for an award of attorneys' fees and costs within 14 days of the filing of this Joint Stipulation.

Respectfully submitted,

**PLAINTIFF JONATHAN INTRES**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

**and   DEFENDANT NEUMEIR ENTERPRISES, INC.**

GEAN LAW FIRM
511 Garrison Avenue
Fort Smith, Arkansas 72901
Telephone: (479) 783-1124
Facsimile: (479) 783-2440

*/s/  Roy Gean III*
Roy Gean, III
Ark. Bar No. 79071
roygeaniii@geanlaw.com