IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JONATHAN INTRES**                                                      **PLAINTIFF**

vs.                      NO. 2:22-CV-2067

**NEUMEIER ENTERPRISES, INC.**                           **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 18th day of April 2023, the parties herein having filed a Joint Stipulation of Dismissal of Plaintiff's Liability claims (document 31) pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's unpaid wage claims are dismissed with prejudice. Plaintiff's claim for attorney's fees remain for further review.

AT THE DIRECTION OF THE COURT
RONALD E. DOWLING, COURT CLERK

BY: *Michelle McEntire*
Deputy Clerk