# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

JONATHAN INTRES          PLAINTIFF

V.          CASE NO. 2:22-cv-2067

NEUMEIER ENTERPRISES, INC.          DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 43) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, the Court ORDERS that Plaintiff's Motion for Attorney Fees (Doc. 34) be GRANTED IN PART, as reduced by the Court, and that Plaintiff be awarded costs in the amount of $471.00 and attorney's fees in the amount of $7,077.50, for a total of $7,548.50, against the Defendant.

IT IS SO ORDERED this July 17, 2023.

/s/ P. K. Holmes III

P. K. HOLMES III
U.S. DISTRICT JUDGE