UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN INTRES                                                                                    PLAINTIFF

v.                                             No. 2:22-cv-02067

NEUMEIER ENTERPRISES, INC.                                                              DEFENDANT

## JUDGMENT

Following the Court's opinions and orders (Docs. 17, 27) dismissing Defendant Neumeier Enterprises' counterclaims, the parties' stipulated dismissal (Doc. 33) of Plaintiff Jonathan Intres' claims, and the Court's order (Doc. 44) awarding attorney's fees and costs to Mr. Intres, all claims in this matter have been resolved.

IT IS THEREFORE ADJUDGED that Plaintiff Jonathan Intres' claims are DISMISSED WITH PREJUDICE as set forth in the Court's previous order (Doc. 33).

IT IS FURTHER ADJUDGED that Defendant Neumeier Enterprises' counterclaims are DISMISSED WITHOUT PREJUDICE as set forth in the Court's previous orders (Docs. 17, 27).

IT IS FURTHER ADJUDGED that Plaintiff Jonathan Intres have and recover from Defendant Neumeier Enterprises attorney's fees in the amount of $7,077.50 and costs in the amount of $471.00, for a total of $7,548.50, as set forth in the Court's previous order (Doc. 44).

IT IS SO ADJUDGED this 21st day of July, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE