IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JONATHAN INTRES**                                                                                   **PLAINTIFF**

vs.                                          No. 2:22-cv-2067-PKH

**NEUMEIER ENTERPRISES, INC.**                                                    **DEFENDANT**

**FIRST NATIONAL BANK**                                                                **GARNISHEE**

### APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Western District of Arkansas, Fort Smith Division, for issuance of a Writ of Garnishment to satisfy a Judgment against Defendant Neumeier Enterprises, Inc. In support of this application, the following information is provided:

1.   On July 21, 2023, this Court entered a Judgment in favor of Plaintiff against Defendant for $7,077.50 in attorneys' fees and $471.00 in costs, for a total of $7,548.50. *See* Judgment, ECF No. 45.

2.   As of September 27, 2023, the Judgment remains outstanding in the amount of $7,548.50.

3.   Plaintiff alleges that there is reason to believe that First National Bank ("Garnishee") is indebted to Defendant or possesses goods, chattels, moneys, credits, or effects belonging to them.

4.   Therefore, Plaintiff respectfully requests the issuance of the Writ of Garnishment attached to this Application.

Respectfully submitted,

**PLAINTIFF JONATHAN INTRES**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com