IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JONATHAN INTRES**                                          **PLAINTIFF**

vs.                        No. 2:22-cv-2067-PKH

**NEUMEIER ENTERPRISES, INC.**                        **DEFENDANT**

**FIRST NATIONAL BANK**                             **GARNISHEE**

## WRIT OF GARNISHMENT

1. On July 21, 2023, a Judgment was entered in favor of Plaintiff Jonathan Intres against Defendant Neumeier Enterprises, Inc., in the amount of $7,077.50 in attorneys' fees and $471.00 in costs, for a grand total of $7,548.50. As of September 22, 2023, the amount of $7,548.50 remains unsatisfied.

2. Plaintiff believes that First National Bank ("Garnishee") is indebted to Defendant or has in its possession goods, moneys, credits, promissory notes, accounts, or effects belonging to Defendant.

3. Garnishee is directed to prepare a written answer, UNDER OATH, and to file this answer in the office of Clerk of the United States District Court, Western District of Arkansas, Fort Smith Division, within TWENTY (20) days from the date on which it is served with this Writ. The written answer should contain a statement of any and all goods, chattels, moneys, credits, or effects Garnishee may possess belonging to Defendant Neumeier Enterprises, Inc. Unless Garnishee files such written answer within

TWENTY (20) days, judgment may be rendered against it for the stated amount, together with court costs of this action.

    4.    In addition, Garnishee is required to answer any further interrogatories that may be propounded to it.

    5.    Garnishee should not pay any money to the Clerk but should hold the money until an order from the Court directs Garnishee to release the money. Garnishee will then pay it to Plaintiff's attorney.

**NOTICE TO NON-EMPLOYER GARNISHEE**

FAILURE TO ANSWER THIS WRIT WITHIN 20 DAYS OR FAILURE OR REFUSAL TO ANSWER THE INTERROGATORIES ATTACHED HERETO SHALL RESULT IN THE COURT ENTERING A JUDGMENT AGAINST YOU AND YOU BECOMING PERSONALLY LIABLE FOR THE FULL AMOUNT SPECIFIED IN THIS WRIT TOGETHER WITH COSTS OF THIS ACTION AS PROVIDED BY ARKANSAS CODE ANNOTATED § 16-110-407.

**NOTICE TO DEFENDANT OF YOUR RIGHT TO KEEP WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED**

The Writ of Garnishment or Writ of Execution delivered to you with this Notice means that wages, money, or other property belonging to you has been garnished in order to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP YOUR MONEY OR PROPERTY FROM BEING TAKEN, SO READ THIS NOTICE CAREFULLY.

State and federal laws say that certain money and property may not be taken to pay certain types of court judgments. Such money or property is said to be 'exempt' from garnishment.

For example, under the Arkansas Constitution and state law, you will be able to claim as exempt all or part of your wages or other personal property.  As another example, under federal law the following are also exempt from garnishment:  Social Security, SSI, Veteran's benefits, Temporary Assistance for Needy Families, unemployment compensation, and workers' compensation.

You have a right to ask for a court hearing to claim these or other exemptions. If you need legal assistance to help you try to save your wages or property from being garnished, you should see a lawyer. If you can't afford a private lawyer, contact your local bar association or ask the clerk's office about any legal services program in your area.

**U.S. DISTRICT COURT CLERK**

By:_____
Date: October _____, 2023

### **EXPLANATION**

| | |
|---|---|
| Original Judgment (7/21/2023): | $7,548.50 |
| <u>Amount paid:</u> | <u>$0.00</u> |
| Balance Due: | $7,548.50 |

## CERTIFICATE OF SERVICE

      I, Josh Sanford, do hereby certify that on _____, 2023, I sent a copy of the foregoing Writ of Garnishment and Notice to Defendant via First Class U.S. Mail to Defendant at their last known residential address and to their attorney listed below:

Neumeier Enterprises, Inc.
508 Garrison Avenue
Fort Smith, AR 72901
*Defendant*

Roy Gean, III
511 Garrison Avenue
Fort Smith, AR 72901
*Attorney for Defendant*

                                              */s/ Josh Sanford*
                                              **Josh Sanford**