IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JONATHAN INTRES**                                                                                 **PLAINTIFF**

vs.                                            No. 2:22-cv-2067-PKH

**NEUMEIER ENTERPRISES, INC.**                                       **DEFENDANT**

**FIRST NATIONAL BANK**                                                         **GARNISHEE**

## ALLEGATIONS AND INTERROGATORIES

Plaintiff Jonathan Intres, by and through his attorneys of Sanford Law Firm, PLLC, hereby states these Allegations and Interrogatories to Garnishee prerequisite to garnishment herein:

## ALLEGATIONS

1. On July 21, 2023, Plaintiff Jonathan Intres was awarded a Judgment against Defendant Neumeier Enterprises, Inc., in the amount of $7,077.50 in attorneys' fees and $471.00 in costs, for a total of $7,548.50. *See* Judgment, ECF No. 45.

2. The Judgment is now outstanding and in full force and effect. The amount of $7,548.50, remains unpaid as of September 27, 2023.

3. Plaintiff believes that Garnishee is indebted to Defendant or has in its possession goods, moneys, credits, promissory notes, accounts, or effects belonging to Defendant. Therefore, Plaintiff propounds the following interrogatories to Garnishee:

## **INTERROGATORIES**

1. Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Neumeier Enterprises, Inc.?

2. If so, what is the nature and value thereof?

Respectfully submitted,

**PLAINTIFF JONATHAN INTRES**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
