IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN INTRES                                                                PLAINTIFF

vs                              CASE NO. 2:22-CV-2067-PKH

NEUMEIER ENTERPRISES, INC.                                        DEFENDANT

FIRST NATIONAL BANK OF FORT SMITH                      GARNISHEE

### ANSWER TO WRIT OF GARNISHMENT

FIRST NATIONAL BANK OF FORT SMITH, for its Answer to the Writ of Garnishment dated September 27, 2023, hereby states:

1. That at the time of being served with the Writ of Garnishment, Defendant had an account with no funds available and another account with Garnishee as follows:

   | ACCOUNT | BALANCE |
   |---|---|
   | Demand/Savings Account | $ 5,731.68 |

   Garnishee has placed a hold on the account for that amount pending further order of the Court.

2. That at the time of being served with the Writ of Garnishment, Garnishee was not indebted to the Defendant on or after the service of the Writ of Garnishment.

3. Except as specifically set forth herein, Garnishee has no other goods, chattels, monies, credits, or effects in its possession belonging to the Defendant.

4. Garnishee charges a processing fee of $125.00 for each garnishment and/or levy received and this amount has been collected.

5. The Garnishee states that at the time of being served with the Writ of Garnishment, the Defendant was not and had not been employed by the First National Bank of Fort Smith.

WHEREFORE, First National Bank of Fort Smith having fully answered the WRIT OF GARNISHMENT, prays that this Court enter its order authorizing and directing distribution of the funds being held pursuant to the Writ of Garnishment, and upon payment of said funds pursuant to Court Order, that is be released from further obligations herein, its costs herein expended, for a reasonable attorney's fee, and for all other relief to which it may be deemed entitled.

                                                          LEDBETTER, COGBILL, ARNOLD &
                                                                HARRISON, LLP
                                                                P. O. BOX 185
                                                                FORT SMITH, AR  72902-0185
                                                                Phone:   479-782-7294
                                                                Fax:       479-782-1493

                                                                By:  /s/ Rebecca D. Hattabaugh
                                                                    Rebecca D. Hattabaugh, ABA#96029
                                                                    Attorneys for Garnishee

STATE OF ARKANSAS        )
                                     ) ss:
COUNTY OF SEBASTIAN   )

     Tanya O'Neal, Special Assets Operations Officer, of the First National Bank of Fort Smith, the Garnishee named herein, being duly sworn upon oath states:  Thats he has read the foregoing Answer to Writ of Garnishment and knows the contents thereof, and that the statements therein contained are true and correct to the best of her knowledge and belief.

                                                              /s/ *Tanya O'Neal*
                                                              _____
                                                              Tanya O'Neal, Special Assets Operations Officer
                                                             First National Bank of Fort Smith, Garnishee

     SUBSCRIBED AND SWORN to before me the undersigned Notary Public on this 27th day of September, 2023.

| | |
|---|---|
| VICKIE R. ORICK-HARRIS<br>NOTARY PUBLIC-ARKANSAS<br>CRAWFORD COUNTY<br>COMMISSION NO. 12378900<br>COMMISSION EXPIRES: 9-21-2030 | /s/ *Vickie R. Orick Harris*<br>_____<br>Notary Public |

2

**CERTIFICATE OF SERVICE**

      I, Rebecca D. Hattabaugh, one of the attorneys for the Garnishee, First National Bank of Fort Smith, in the above-referenced proceeding, do hereby certify that on this 29th day of September, 2023, I electronically filed a true and correct copy of the above and foregoing pleading in the above-referenced case in the U.S. District Court's ECF filing system which caused an e-mail styled "Notice of Electronic Filing" to be sent to Mr. Josh Sanford, at josh@sanfordlawfirm.com , Attorney for the Plaintiff and to Mr. Roy Gean, III, Attorney for the Defendant at roygeaniii@geanlaw.com. Additionally, I mailed a true and correct copy of the above and foregoing pleading to Neumeier Enterprises, Inc., the Defendant at 508 Garrison Ave., Fort Smith, AR 72901.

      /s/ Rebecca D. Hattabaugh
      REBECCA D. HATTABAUGH