## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**JONATHAN INTRES**                                                                                 **PLAINTIFF**

Vs.                         **CASE NO. 2:22-CV-2067-PKH**

**NEUMEIER ENTERPRISES, INC.**                                          **DEFENDANT**

**FIRST NATIONAL BANK OF FORT SMITH**                             **GARNISHEE**

### AMENDED ANSWER TO WRIT OF GARNISHMENT

FIRST NATIONAL BANK OF FORT SMITH, for its Amended Answer to the Writ of Garnishment dated September 27, 2023, hereby states:

1. That at the time of being served with the Writ of Garnishment, Defendant had an account with Garnishee as follows:

   | ACCOUNT | BALANCE |
   |---------|---------|
   | Demand /Savings Account | $ 5,731.68 |

2. That between the time the Answer to the Writ of Garnishment was prepared and the time the Answer was filed, Garnishee made a deposit into the account and additional funds are available as follows:

   | ACCOUNT | BALANCE |
   |---------|---------|
   | Demand/Savings Account | $ 1,816.82 |

   Garnishee has placed a hold on the account for the amount of $7,548.50, pending further order of the Court.

3. Except as specifically set forth herein, Garnishee has no other goods, chattels, monies, credits, or effects in its possession belonging to the Defendant.

4. The First National Bank of Fort Smith charges a processing fee of $125.00 for each garnishment and/or levy and this amount was previously collected.

WHEREFORE, First National Bank of Fort Smith having fully answered the WRIT OF GARNISHMENT, prays that this Court enter its order authorizing and directing distribution of the funds being held pursuant to the Writ of Garnishment, and upon payment of said funds pursuant to Court Order,

that is be released from further obligations herein, its costs herein expended, for a reasonable attorney's fee, and for all other relief to which it may be deemed entitled.

                                                      LEDBETTER, COGBILL, ARNOLD
                                                        HARRISON, LLP
                                                      P.O. Box 185
                                                      Fort Smith, AR 72902-0185
                                                      rhattabaugh@lcahlaw.com
                                                      Phone:  (479) 782-7294

                                                    By: /s/ Rebecca D. Hattabaugh
                                                        Rebecca D. Hattabaugh, ABA #96029
                                                        Attorneys for Garnishee

STATE OF ARKANSAS              )
                                      ) ss:
COUNTY OF SEBASTIAN          )

       Tanya O'Neal, Special Assets Operations Officer, First National Bank of Fort Smith, the Garnishee named herein, being duly sworn upon oath states: That she has read the foregoing Amended Answer to Writ of Garnishment and knows the contents thereof, and that the statements therein contained are true and correct to the best of her knowledge and belief.

                                                      /s/ Tanya O'Neal
                                                      Tanya O'Neal, Special Assets Operations Officer
                                                      First National Bank of Fort Smith

       SUBSCRIBED AND SWORN to before me the undersigned Notary Public on this 29th day of September, 2023.

| VICKIE R. ORICK-HARRIS<br>NOTARY PUBLIC–ARKANSAS<br>CRAWFORD COUNTY<br>COMMISSION NO. 12378900<br>COMMISSION EXPIRES: 09/21/2030 | /s/ Vickie R. Orick-Harris<br>Notary Public |
|---|---|

2

## **CERTIFICATE OF SERVICE**

      I, Rebecca D. Hattabaugh, one of the attorneys for the Garnishee, First National Bank of Fort Smith, in the above-referenced proceeding, do hereby certify that on this 29th day of September, 2023, I electronically filed a true and correct copy of the above and foregoing pleading in the above-referenced case in the U.S. District Court's ECF filing system which caused an e-mail styled "Notice of Electronic Filing" to be sent to Mr. Josh Sanford, at [josh@sanfordlawfirm.com](mailto:josh@sanfordlawfirm.com) , Attorney for the Plaintiff and to Mr. Roy Gean, III, Attorney for the Defendant at [roygeaniii@geanlaw.com](mailto:roygeaniii@geanlaw.com). Additionally, I mailed a true and correct copy of the above and foregoing pleading to Neumeier Enterprises, Inc., the Defendant at 508 Garrison Ave., Fort Smith, AR  72901.

                                                 /s/ Rebecca D. Hattabaugh                    _
                                                 REBECCA D. HATTABAUGH