IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JONATHAN INTRES**                                                    **PLAINTIFF**

vs.                                    No. 2:22-cv-2067-PKH

**NEUMEIER ENTERPRISES, INC.**                                   **DEFENDANT**

**FIRST NATIONAL BANK OF FORT SMITH**                            **GARNISHEE**

## MOTION FOR ENTRY OF ORDER TO DISBURSE FUNDS

Plaintiff Jonathan Intres, by and through his undersigned attorney, for his Motion for Entry of Order to Disburse Funds does hereby state and allege as follows:

1.      On July 21, 2023, this Court entered a Judgment in favor of Plaintiff against Defendant for $7,077.50 in attorneys' fees and $471.00 in costs, for a total of $7,548.50. *See* Judgment, ECF No. 45.

2.      As of September 27, 2023, the balance of the Judgment remains outstanding in the amount of $7,548.50. The Clerk of Court has issued a Writ of Garnishment which was served upon First National Bank of Fort Smith ("Garnishee"). ECF No. 47.

3.      On September 29, 2023, Garnishee answered the Writ and admitted that Defendant has funds in an account with Garnishee in the total available amount of $7,548.50. ECF Nos. 48 & 49.

4.      Judgment Debtor, Defendant Neumeier Enterprises, Inc., has not answered or objected to date.

5.      Plaintiff respectfully requests this Court to enter an Order directing Garnishee to disburse funds to Plaintiff's counsel Sanford Law Firm, PLLC, in the sum of $7,548.50, and that the same amount be credited against the judgment debt.

6.      Plaintiff acknowledges that Garnishee is withholding $125.00 from the account or accounts in dispute as a processing fee, *see* ECF No. 48, ¶ 4, and Plaintiff reserves the right to challenge the fee as unlawful, but in an appropriate forum.

WHEREFORE, Plaintiff Jonathan Intres respectfully prays that his Motion for Entry of Order to Disburse Funds be granted in its entirety and for all other relief to which the Court may find him entitled.

Respectfully submitted,

**PLAINTIFF JONATHAN INTRES**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com