UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN INTRES                                                              PLAINTIFF

V.                                    No. 2:22-cv-02067

NEUMEIER ENTERPRISES, INC.                                        DEFENDANT

FIRST NATIONAL BANK OF FORT SMITH                          GARNISHEE

## <u>ORDER</u>

Before the Court is Plaintiff Jonathan Intres' Motion for Disbursement of Funds (Doc. 50). On September 27, 2023, a writ of garnishment (Doc. 47) was issued to Garnishee First National Bank of Fort Smith ( "First National").  The writ of garnishment stated that Defendant Neumeier Enterprises, Inc., owed an unsatisfied judgment of $7,548.50 to Plaintiff.  The writ of garnishment also directed First National to file an answer to the writ setting forth a statement of the goods, chattels, monies, credits, or effects belonging to Neumeier Enterprises that are currently in First National's possession.  On September 29, 2023, First National filed answers to the writ (Docs. 48, 49), averring that it possesses an account in Neumeier Enterprises' name containing $7,548.50.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Disbursement of Funds (Doc. 50) is GRANTED, and First National is ORDERED to pay the sum of **$7,548.50** to Plaintiff, with this sum to be applied to the judgment that has been certified in this case.  First National is directed to make payment of this sum by issuing a check to Plaintiff's counsel, Sanford Law Firm, PLLC.

IT IS FURTHER ORDERED that upon payment of the amount stated herein, First National will be released and discharged from the writ of garnishment.

1

IT IS SO ORDERED this 16th day of October, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE